UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:  
JEREMY L SEACAT  
DALLAS R SEACAT  
Debtor(s)

CASE NO. 19-10987

CHAPTER 13

**ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE**

Debtors, by counsel, and the Trustee hereby request that the Court Order the Trustee to commence regular mortgage payments as:

1. The Chapter 13 Plan includes mortgage payments to be paid by the Trustee but does not provide for the Trustee to pay adequate protection.
2. The Chapter 13 Plan provides to treat the claim as entitled to treatment under 11 U.S.C. §1322(b)(5).
3. Time is of essence in commencing mortgage payments and such early payment is contemplated by 11 U.S.C. §1326.
4. The Trustee shall commence payments to the mortgagee as follows:

| | |
|---|---|
| Mortgagee Name: | GRANT COUNTY STATE BANK |
| Mortgagee Address: | 1717 W KEM RD, MARION, IN 46952- |
| Trustee Claim No: | 0020 |
| Starting Date | JUNE 2019 |
| Account No. | 9602-1ST MTG POST PYMNT |
| Payment Amount | $567.65 |

**Stipulation and Order to Commence Adequate Protection Payments without Notice**
**Page 2**
**Case No: 19-10987**

Respectfully Submitted:

_____
Debtor's Attorney

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee

SO ORDERED this _____ day of _____, 2019.

_____
Robert E. Grant, Chief Judge
US Bankruptcy Court

By U.S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor: JEREMY L SEACAT, 1001 EAST 39TH STREET, , MARION, IN, 46953

By electronic e-mail to:
Debra L. Miller, Trustee: dmiller@trustee13.com;

Debtor's Attorney: JEFFREY S ARNOLD, ARNOLD LAW OFFICE, 209 WEST VANBUREN, COLUMBIA CITY, IN, 46725-

U.S. Trustee: ustpregion10.so.ecf@usdoj.gov