UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                    )
                                          )   CASE NUMBER: 19-10987
JEREMY L SEACAT                           )   CHAPTER: 13
DALLAS R SEACAT                           )
        Debtor.                           )

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On September 3 2019, Attorney for Debtor, filed an Agreed Modification to Chapter 13 Plan, and for all other relief as is just. In support of the relief requested, the Motion and Modification states;

1. The Debtors' Plan shall be hereby modified to pay all allowed general unsecured claims in full.

2. Debtors shall surrender the real property located at 1143 East 30th Street, Marion, Indiana, to secured creditor Selene Finance LP, and secured creditor US Department of Housing and Urban Development, in full satisfaction of the debt thereon. No distribution shall be made to these creditors under the Plan, and the entirety of the debt shall be discharged upon entry of discharge in this case.

3. Funding of this Plan will be reviewed upon the claims bar dates in order to ensure that the Plan is properly funded.

4. All other terms remain the same. A copy of the Modification is attached to this Notice

**You rights may be affected**. **You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult on.**

If you do not want the court to grant the Stipulation, then **on or before October 2, 2019**, you or your attorney must:

   1. File a written objection to the modification, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

        Clerk, United States Bankruptcy Court
        Northern District of Indiana, Fort Wayne Division
        1188 Federal Building
        1300 South Harrison Street
        Fort Wayne, Indiana  46802-3435

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

   2. You must also send a copy of your objection to:

| | |
|---|---|
| Jeffrey S. Arnold | Debra L Miller |
| Attorney at Law | Chapter 13 Trustee |
| 209 West Van Buren Street | Post Office Box 11550 |
| Columbia City, Indiana  46725 | South Bend, IN 46634 |

If you do not wish to file an objection by the date it is due, the court may grant relief requested without holding a hearing. If you file an objection, the court will set the modification for hearing, which you or your attorney will be expected to attend.

Date September 9, 2019                             /s/ Jeffrey S Arnold_____
                                                                                 Jeffrey S. Arnold, #19743-02
                                                                                 209 West Van Buren Street
                                                                                 Columbia City, Indiana  46725
                                                                                 (260) 248-2169

### *CERTIFICATE OF SERVICE*

COMES NOW the undersigned, and hereby certifies that a true and correct copy of the Post Confirmation Modification and Motion to Approve was served upon the following by electronic filing:

Debra L Miller                     dmecf@trustee13.com
Nancy J. Gargula              USTPRegion10.SO.ECF@usdoj.gov

and

Selene Finance
9990 Richmond Ave Suite 400
South Houston TX 77042

US Department of Housing and Urban Development
451 7th Street SW
Washington , DC 20410

Said Service was made September 9, 2019, by depositing a copy of said document in the U.S Mail, first-class postage affixed.

Date:  September 9, 2019                          /s/ Jeffrey S Arnold_____
                                                                             Jeffrey S. Arnold
                                                                             209 West Van Buren Street
                                                                             Columbia City, Indiana  46725
                                                                             (209) 260-244-2169
                                                                             *Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
JEREMY L SEACAT                                    CASE NO. 19-10987
DALLAS R SEACAT                                    CHAPTER 13
    Debtors.

AGREED MODIFICATION OF CHAPTER 13 PLAN

COMES NOW, Trustee, Debra L. Miller, by Counsel, Katherine Iskin, and Debtors, by Counsel, and agree to modify the Chapter 13 Plan now pending Confirmation as follows:

1. The Debtors' Plan shall be hereby modified to pay all allowed general unsecured claims in full.
2. Debtors shall surrender the real property located at 1143 East 30th Street, Marion, Indiana, to secured creditor Selene Finance LP, and secured creditor US Department of Housing and Urban Development, in full satisfaction of the debt thereon. No distribution shall be made to these creditors under the Plan, and the entirety of the debt shall be discharged upon entry of discharge in this case.
3. Funding of this Plan will be reviewed upon the claims bar dates in order to ensure that the Plan is properly funded.
4. All other terms of the Plan remain the same.

Dated: September 3, 2019

| | |
|---|---|
| /s/Katherine Iskin, Staff Attorney | /s/ Jeffrey S. Arnold            . |
| Office of the Chapter 13 Trustee | Jeffrey S. Arnold, 19743-02 |
| Staff Attorney for Debra. L. Miller | Attorney for Debtors |
| P.O. Box 11550 | 209 West Van Buren |
| South Bend, IN  46634 | Columbia City, IN 46725 |
| (574) 251-1493 | (260) 248-2169 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | CASE NO. | 19-10987 |
| ) | CHAPTER | 13 |
| JEREMY L. SEACAT ) | REG/tk | |
| DALLAS R. SEACAT ) | | |
| Debtor(s) | | |

**ORDER TO FILE MODIFICATION AND SERVE NOTICE**

Dated on August 22, 2019

A hearing with regard to confirmation of the proposed chapter 13 plan was held at Fort Wayne, Indiana, on August 20, 2019, with Jeffrey Arnold, counsel for debtors, and Debra Miller, trustee, present.

Debtors and Trustee shall file an agreed modification to the proposed plan, which may be considered following twenty-one (21) days notice to Selene Finance in accordance with N.D. Ind. L.B.R. B-2002-2(e), and Debtors shall file the modification, serve notice of the opportunity to object thereto upon Selene Finance and make due proof thereof, all within fourteen (14) days. The failure to do so may result in the denial of confirmation without further notice or hearing. Absent objection, the modification may be approved and the proposed chapter 13 plan, filed on May 31, 2019, as modified, may be confirmed without further hearing.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court