UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
JEREMY L SEACAT                                                                  CASE NUMBER: 19-10987
DALLAS R SEACAT                                                                                CHAPTER 13
Debtors

_____

AGREED MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 U.S.C. §1329(a)
_____

The Plan confirmed on October 8, 2019, is hereby modified as follows:

1. Debtors' Plan payment shall increase to $2080.00 per month beginning with the August 2021 payment for the remainder of the Plan term.

2. All other terms and conditions of the confirmed plan remain the same.

Dated: August 2, 2021

Respectfully submitted,

/s/Katherine Iskin                                                 /s/ Jeff Arnold
Katherine E. Iskin (33679-71),                         Attorney for Debtors
Staff Attorney for Debra L. Miller                   209 W. Van Buren St.
PO Box 11550                                                    Columbia City, IN 46725
South Bend, IN 46634                                      (260) 248-2169
(574) 254-1313


SO APPROVED.
Dated:  August 4, 2021.

_____/s/ Robert E. Grant_____
Chief Judge, United States Bankruptcy Court