**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN RE:
JEREMY SEACAT                                    CASE NO. 19-10987
DALLAS SEACAT                                    CHAPTER 13
Debtor (s)


ORDER  APPROVING POST CONFIRMATION
MODIFICATION OF PLAN


      At Fort Wayne on _____

      Debtor having filed a Post Confirmation Modification to the Chapter 13 Plan,  and there  being  no  objection  to  the  motion  following  appropriate  notice  to  creditors  and parties  in  interest, the court determines that the motion should be granted.

      IT  IS  THEREFORE  ORDERED  the  Post Confirmation Modification to the Chapter 13 Plan filed on December 13, 2021,  is APPROVED.


_____
Judge, United States Bankruptcy Court