**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN RE:
JEREMY SEACAT                                       CASE NO. 19-10987
DALLAS SEACAT                                       CHAPTER 13
Debtor (s)

<u>NOTICE OF MOTION AND OPPORTUNITY TO OBJECT</u>

    On December 13, 2021, the debtors filed a Motion to Approve Post Confirmation Modification to their Confirmed Chapter 13 Plan and a Modification to the Confirmed Chapter 13 Plan, wherein debtor seeks to: reduce their plan payment to $800.00, per month, beginning with the December 2021 play payment, due to debtor husband being on medical leave, debtor husband shall report within 24 hours returning to work at which time the payment shall be recalculated; and all other aspects of the Plan as Confirmed shall remain unchanged. A copy of the Motion to Approve the Post Confirmation Modification to the Confirmed Chapter 13 Plan as well as a copy of the Modification is attached to this Notice.

    <u>You rights may be affected</u>. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult on.

    If you do not want the court to grant the Stipulation, then **on or before January 4, 2022**, you or your attorney must:
    1. File a written objection to the modification, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Clerk, United States Bankruptcy Court
> Northern District of Indiana, Fort Wayne Division
> 1188 Federal Building
> 1300 South Harrison Street
> Fort Wayne, Indiana  46802-3435

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

    2. You must also send a copy of your objection to:

> Jeffrey S. Arnold                                       Debra L Miller
> Attorney at Law                                       Chapter 13 Trustee
> 209 West Van Buren Street                    Post Office Box 11550
> Columbia City, Indiana  46725              South Bend, IN 46634

    If you do not wish to file an objection by the date it is due, the court may grant relief requested without holding a hearing. If you file an objection, the court will set the modification for hearing, which you or your attorney will be expected to attend.

    Date:  December 13, 2021                                       /s/ Jeffrey S Arnold
                                                                                        Jeffrey S. Arnold, #19743-02
                                                                                        209 West Van Buren Street
                                                                                        Columbia City, Indiana  46725
                                                                                        (260) 248-2169

### *CERTIFICATE OF SERVICE*

COMES NOW the undersigned, and hereby certifies that a true and correct copy of the Notice of Motion and Opportunity to Object to Motion to Approve Post Confirmation Modification to Confirmed Chapter 13 Plan was served upon the following by electronic filing:

    Debra L Miller               dmecf@trustee13.com
    Nancy J. Gargula          USTPRegion10.SO.ECF@usdoj.gov

and

all creditors listed on the attached mailing matrix

Said Service was made on December 8, 2021 by depositing a copy of said document in the U.S Mail, first-class postage affixed.

Date:  December 13, 2021                    /s/ Jeffrey S Arnold
                                                                              Jeffrey S. Arnold
                                                                             209 West Van Buren Street
                                                                             Columbia City, Indiana  46725
                                                                             (209) 260-244-2169
                                                                             *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN RE:
JEREMY SEACAT                                     CASE NO. 19-10987
DALLAS SEACAT                                     CHAPTER 13
Debtor (s)

**MOTION TO APPROVE**
**POST-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN**

Come now the debtors, by counsel, and for their Motion to Approve the proposed Post-Confirmation Modification to the confirmed Chapter 13 Plan, now states:

1. That the debtor's original Chapter 13 Plan was confirmed by this Court on or about October 8, 2019.
2. The Plan calls for a 60 month term, with anticipated conclusion in May 2024.
3. That due to unforeseen circumstances the debtor husband is currently on medical leave from work;
4. Debtors accordingly need to modify the terms of the Confirmed Plan such that the payment is reasonable and able to be paid while maintaining reasonable and necessary living expenses.
5. Debtor therefore seeks to modify the Plan as follows:
    a. Debtor's Plan payment shall be reduced to $800.00 per month, beginning with the December 2021, Plan payment.
    b. Debtor husband shall report within 24 hours to the Trustee and counsel upon his return to work, at which time the payment shall be recalculated.
    c. Any terms of the Plan as presently Confirmed not modified by this pleading shall remain in full force and effect.
6. Debtors believe that with this modification is necessary on a temporary basis while maintaining their necessary expenses.
7. Debtors therefore moves the Court to approve the Modification filed in this case and enter the same as the Order of this Court.

WHEREFORE, debtors pray that the Court will grant this Motion and approve the modification to the debtors' confirmed Chapter 13 Plan, and for all other relief as is just and proper.

Dated: December 13, 2021                /s/ Jeffrey S Arnold
                                        Jeffrey S. Arnold, #19743-02
                                        Attorney for the Debtors
                                        209 West Van Buren Street
                                        Columbia City IN  46725
                                        PH: 260-248-2169

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

IN RE:
JEREMY SEACAT                                            CASE NO. 19-10987
DALLAS SEACAT                                            CHAPTER 13
Debtor (s)

### POST-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Comes now the debtor, and modifies his Confirmed Chapter 13 Plan, as follows:

1. Debtor's Plan payment shall be reduced to $800.00, per month, beginning with the December 2021, plan payment due to debtor husband being on medical leave.

2. Debtor husband shall report within 24 hours to the Trustee and counsel upon his return to work, at which time the payment shall be recalculated.

3. All other aspects of the Plan as Confirmed shall remain unchanged.

Dated: December 13, 2021            /s/ Jeffrey S. Arnold            .
                                    Jeffrey S. Arnold, #19743-02
                                    209 W Van Buren St
                                    Columbia City  IN  46725
                                    260-248-2169
                                    *Attorney for the Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 19-10987-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Wed Sep 23 10:28:11 EDT 2020 | Air Methods<br>Rocky Mountain Holdings LLC<br>PO Box 2535<br>Fontana, CA 92334-2535 | Air Methods<br>Rocky Mountain Holdings LLC<br>PO Box 713375<br>Cincinnati, OH 45271-3375 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Jeffrey S. Arnold<br>Jeffrey S. Arnold<br>209 W. Van Buren Street<br>Columbia City, IN 46725-2037 | Jeffrey S. Arnold (CC)<br>Jeffrey S. Arnold, Attorney at Law<br>209 W. Van Buren Street<br>Columbia City, IN 46725-2037 |
| Associated Anesthesiologists of FW<br>PO Box 2140<br>Warsaw, IN 46581-2140 | Attorney Brian Heck<br>Beckman Lawson, LLP<br>201 West Wayne Street<br>Fort Wayne, IN 46802-3605 | Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 |
| Bank of America Processing Center<br>15682 Collections CTR DR<br>Chicago, IL 60693-0156 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 |
| Bluffton Regional Medical Center<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | Bright House Network<br>3030 Roosevelt Ave.<br>Indianapolis, IN 46218-3794 | CBCS<br>PO Box 163333<br>Columbus, OH 43216-3333 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Bank, (USA) N.A.<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Cirtical Care Systems<br>32515 Paysphere circle<br>Chicago, IL 60674-0001 | City of Cincinnati<br>Parking Enforcement Office<br>1000 Sycamore St<br>Room 112<br>Cincinnati, OH 45202-1336 | Community Health Network<br>1500 North Ritter Avenue<br>Indianapolis, IN 46219-3027 |
| Community Rheumatology<br>1210 A Medical Arts Blvd<br>Anderson, IN 46011-3461 | Cork Medical<br>8000 Castleway Drive<br>Indianapolis, IN 46250-1943 | Coummunity Hospital Anderson<br>1515 North Madison Ave.<br>Anderson, IN 46011-3457 |
| Dennis Roash State Farm<br>PO Box 190<br>Gas City, IN 46933-0190 | Donald Reed J. MD Facs<br>7900 West Jefferson Suite 306<br>Fort Wayne, IN 46804-4128 | Doyle & Foutty, P.C.<br>41 East Washington St. Suite 400<br>Indianapolis, IN 46204-3517 |
| Dr. Andre B. Stovall, MD<br>7900 West Jefferson Blvd<br>Fort Wayne, IN 46804-4128 | Dr. Andrew V. Barger, MD<br>6119 West Jefferson Blvd.<br>Fort Wayne, IN 46804-3072 | Dr. Chirstopher M. Kowalski, MD<br>7900 West Jefferson Blvd<br>Fort Wayne, IN 46804-4128 |

| | | |
|---|---|---|
| Dr. Pamela L. Strange, MD<br>6119 West Jefferson Blvd<br>Fort Wayne, IN 46804-3072 | Dr. Richard P. Stephens Jr. MD<br>7900 West Jefferson Blvd<br>Fort Wayne, IN 46804-4128 | Eagle Accounts Group Inc.<br>7510 Madison Ave.<br>Indianapolis, IN 46227-5510 |
| Eagle Accounts Group Inc.<br>PO Box 17400<br>Indianapolis, IN 46217-0400 | Emergency Medicine of IN, LLC<br>PO Box 12617<br>Fort Wayne, IN 46864-2617 | Erick Rivas MD<br>1200 East Michigan Ave.<br>Fort Wayne, IN 46802 |
| Fort Wayne Neurology<br>Brian C. Heck<br>201 West Wayne Street<br>Fort Wayne, IN 46802-3605 | Fort Wayne Neurosurgery<br>7956 W. jefferson Blvd. Suite 226<br>Fort Wayne, IN 46804-4140 | Fort Wayne Oral Maxillofacial Surgery<br>2121 East Dupont Rd. Suite C<br>Fort Wayne, IN 46825-1546 |
| Fort Wayne Orthopedics, LLC<br>PO Box 208<br>Fort Wayne, IN 46801-0208 | (p)G  L  A   COLLECTION CO  INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
| Grant County State Bank<br>102 North Washington St.<br>PO Box 98<br>Swayzee, IN 46986-0098 | Grant County State Bank<br>1717 West Kem Road<br>Marion, IN 46952-1733 | Grant County Treasurer<br>Grant County Complex<br>401 South Adams<br>Suite A218<br>Marion IN 46953-2037 |
| HealthPort<br>PO Box 409900<br>Atlanta, GA 30384-9900 | IAA<br>25631 IN-2<br>South Bend, IN 46619 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 |
| Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Indiana Members Credit Union<br>5130 South Madison Ave<br>Indianapolis, IN 46227 | Indiana Members Credit Union<br>5435 Emerson Way Suite 300<br>Indianapolis, IN 46226-1468 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>JPMC<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Medical<br>7821 Coldwater Rd.<br>Fort Wayne, IN 46825-8412 |
| (p)K L DENTAL<br>830 THEATRE DRIVE<br>MARION IN 46952-1700 | KeyBridge Medical revenue Care<br>2348 Baton Rouge Ave<br>Lima, OH 45805-1167 | LUTHERAN MEDICAL GROUP LLC C/O PASI<br>PO BOX 188<br>BRENTWOOD, TN 37024-0188 |
| Lewis Wagner LLP<br>501 Indiana Ave<br>Suite 200<br>Indianapolis, IN 46202-6150 | Lutheran Health Network<br>7950 W. Jefferson Blvd.<br>Fort Wayne, IN 46804-4140 | Lutheran Hospital<br>7950 W. Jefferson Blvd.<br>Fort Wayne, IN 46804-4160 |

| | | |
|---|---|---|
| Lutheran Hospital<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | Lutheran Medical Group<br>3534 Brooklyn Ave<br>Fort Wayne, IN 46809-1361 | Maverick Express Inc<br>4708 Wayne Road<br>Battle Creek, MI 49037-7324 |
| Med Solutions<br>517 US Highway 31 North<br>Greenwood, IN 46142-3932 | MedExpress Urgent Care<br>4903 South Emerson Ave<br>Indianapolis, IN 46203-5938 | Meridian Surgical Group<br>13430 North Meridian St. #275<br>Carmel, IN 46032-1484 |
| Millennium Health<br>16981 Via Talon<br>San Diego, CA 92127-1688 | Debra L. Miller<br>P.O. Box 11550<br>South Bend, IN 46634-0550 | Miramed Revenue Group<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 |
| Mulokozi Lugakingira<br>2121 East Duont Road<br>Suite C<br>Fort Wayne, IN 46825-1546 | Mutual Bank<br>100 West 3rd Street<br>Marion, IN 46952-4033 | Northside Anesthesia Services<br>13500 North Meridian St.<br>Carmel, IN 46032-1456 |
| Northwest Radiology<br>10603 North Meridian St.<br>Indianapolis, IN 46290-1055 | Onpasvo2<br>PO Box 1022<br>Wixom, MI 48393-1022 | Dennis Ostrowski<br>Reimer Law Co.<br>639 Washington Avenue<br>New Port, KY 41071-1924 |
| Path Group<br>Associated Pathologists LLc<br>PO Box 630814<br>Atlanta, GA 30353-0814 | (p)PERSONAL FINANCE COMPANY<br>2301 S WESTERN AVENUE<br>MARION IN 46953-2812 | Physical Medicine Consultants, LLC<br>PO Box 10246<br>Fort Wayne, IN 46851-0246 |
| Professional Account Services, Inc.<br>PO Box 188<br>Brentwood, TN 37024-0188 | Rehab Hospital of Fort Wayne<br>16718 Collections Center Drive<br>Chicago, IL 60693-0167 | Reimer Law Co.<br>639 Washington Ave.<br>Newport, KY 41071-1924 |
| Richard William Sibley, MD<br>5001 US Highway 30 W Ste D<br>Fort Wayne, IN 46818-9701 | Riverside Community Federal Credit Union<br>508 East Charles<br>Marion, IN 46952 | Rocky Mountain Holdings<br>Wakefield & Associates<br>830 E. Platte Ave Unit A<br>PO Box 58<br>Fort Morgan, CO 80701-0058 |
| Dallas R Seacat<br>1001 East 39th Street<br>Marion, IN 46953-5107 | Jeremy L Seacat<br>1001 East 39th Street<br>Marion, IN 46953-5107 | Selene Finance LP<br>as serviced by RAS Crane, LLC<br>Bankruptcy Department<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |
| Selene Finance, LP<br>9990 Richmond Ave.<br>Suite 400 South<br>Houston TX 77042-4546 | Snow & Sauerteig<br>203 East Berry St.<br>Fort Wayne, IN 46802-2724 | St. Vincent Carmel Hospital<br>13500 N. Meridian St.<br>Carmel, IN 46032-1496 |

| | | |
|---|---|---|
| St. Vincent Hospital<br>by American InfoSource as agent<br>as assignee of St Vincent Carmel Hospita<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | State Farm Claims<br>PO Box 661022<br>Dallas, TX 75266-1022 | State Farm Mutual Automobile Insurance<br>2550 North Western Ave<br>West Lafayette, IN 47906-1332 |
| Summit Radiology<br>7900 W. Jefferson Blvd.<br>Fort Wayne, IN 46804-4128 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Old Navy<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| TD Auto Finance<br>PO Box 9223<br>Farmington, MI 48333-9223 | The Orthopaedic Hospital of LHN<br>c/o Snow & Sauerteig LLP<br>203 E Berry St Ste 1100<br>Fort Wayne, IN 46802-2715 | The Orthopedic Hospital<br>C/O Bank of America Processing Center<br>15819 Collections CTR DR<br>Chicago, IL 60693-0158 |
| Transworld Systems<br>507 Prudential Rd.<br>Horsham, PA 19044-2308 | Transworld Systems<br>PO Box 15273<br>Wilmington, DE 19850-5273 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>477 MICHIGAN AVE #1600<br>DETROIT MI 48226-2564 |
| United Healthcare Services<br>Greensbro Service Center<br>PO Box 740800<br>Atlanta, GA 30374-0800 | Urology of Indiana LLC<br>12188-A N Meridian St.<br>Suite 200<br>Carmel, IN 46032-4410 | Wakefield & Associates<br>PO Box 50250<br>Knoxville, TN 37950-0250 |
| Waypoint resource group<br>PO Box 8588<br>Round Rock, TX 78683-8588 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect, Inc.<br>1851 South Alverno Rd.<br>PO. Box 1566<br>Manitowoc, WI 54221 | Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850-5123 | (d)Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 |
| GLA Collection<br>2630 Gleeson Lane<br>Louisville, KY 40299 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>100 N SENATE AVE N-240 MS 108<br>INDIANAPOLIS, IN  46204 | (d)Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN  46204 |
| K& L Dental<br>Stuart Kelly & Chad Lighty<br>117 Mulberry St.<br>Marion, IN 46952 | Personal Finance<br>2301 South Western Ave Suite D<br>PO Box 3053<br>Marion, IN 46953 | U.S. Dept of Housing and Urban Development<br>U.S. Dept of HUD<br>451 7th Street S.W.<br>Washington, DC  20410 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Debra L. Miller<br>P.O. Box 11550<br>South Bend, IN 46634-0550 | (d)Selene Finance LP<br>as serviced by RAS Crane, LLC<br>Bankruptcy Department<br>10700 Abbott's Bridge Rd, Ste 170<br>Duluth, GA 30097-8461 | (u)Selene Finance, LP |
| (d)Synchrony Bank<br>c/o PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   105<br>Bypassed recipients     4<br>Total                 109 | |